1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  JUAN AGUILAR,                          CASE NO. 2:19-cv-03213-JAK (KSx)

11          Plaintiff,                      **JUDGMENT ON DEFENDANT COUNTY OF LOS ANGELES'**

12          v.                              **MOTION TO DISMISS PLAINTIFF JUAN AGUILAR'S COMPLAINT**

13  COUNTY OF LOS ANGELES,
    DISTRICT ATTORNEY'S OFFICE

14  OF THE COUNTY OF LOS
    ANGELES STATE OF CALIFORNIA

15  and DOES 1 through 50, inclusive,

16          Defendants.

17

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19          On November 2, 2020, the motion by the County of Los Angeles to dismiss

20  the Complaint with prejudice, i.e., without leave to amend, was granted and this

21  action was dismissed with prejudice. Thereafter, the County of Los Angeles lodged

22  a proposed, corresponding judgment to which Plaintiff did not respond or otherwise

23  make procedural objections. Therefore,

24          **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff,

25  Juan Aguilar, shall take nothing and that judgment is entered in favor of Defendant

26  the County of Los Angeles, which is also awarded and may recover its costs from

27  / /

28  / /

1    Plaintiff, Juan Aguilar, pursuant to the process set forth in the Local Rules.

2    **IT IS SO ORDERED**.

3

4    DATED: November 23, 2020

5

6    _____

7    John A. Kronstadt
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28